IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANGELA BANEGAS, individually and on
behalf of all others similarly-situated,

    Plaintiff,

Case No. 0:16-cv-61617-DPG

v.

THE PROCTER & GAMBLE COMPANY,
an Ohio corporation

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant The Procter & Gamble Company respectfully moves this Court for a thirty-day extension of time in which to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1). In support of this motion, Defendant states as follows:

1. Plaintiff Angela Banegas has brought the present putative class action complaint against Defendant, seeking damages in excess of $5,000,000.

2. Absent an extension, Defendant's deadline to respond to the Complaint is August 15, 2016.

3. To allow sufficient time to investigate properly and to respond to the Complaint, Defendant requests an extension through September 14, 2016.

4. "When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the

party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright, Arthur R. Miller & Adam N. Steinman, Federal Practice & Procedure § 1165 (2015).

5. Defendant's counsel has conferred with Plaintiff's counsel, who has no objection to the requested extension of time.

6. Defendant makes this request in good faith and not for the purpose of undue delay.

7. Defendant hereby reserves and does not waive any jurisdictional, affirmative, or other defenses.

WHEREFORE, for the reasons stated herein, Defendant respectfully requests this Court to enter an order granting the requested extension of time, providing that Defendant's response to the Complaint is due September 14, 2016.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, undersigned counsel certifies that, prior to filing this motion, counsel for the parties conferred and Plaintiff's counsel did not oppose Defendant's requested extension.

Dated:  July 27, 2016                Respectfully submitted,

By:   /s/Douglas C. Dreier
Samuel A Danon (Florida Bar No. 892671)
Douglas C. Dreier (Florida Bar No. 104985)
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460
Email:  sdanon@hunton.com
Email:  ddreier@hunton.com

Ann Marie Mortimer (*to be admitted pro hac vice*)
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000

                Los Angeles, CA  90071
                Telephone:  (213) 532-2000
                Facsimile:  (213) 532-2020
                Email:  amortimer@hunton.com

              *Counsel for Defendant The Procter & Gamble Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which effected service on counsel of record for Plaintiff Angela Banegas.

| **Law Office of Joseph Pustizzi, P.A.** | **The Fraser Law Firm, P.C.** |
|---|---|
| Joseph M. Pustizzi | Michael T. Fraser, Esq. |
| 3440 Hollywood Blvd., Suite 415 | 4120 Douglas Blvd, Suite 306-262 |
| Hollywood, FL 33021 | Granite Bay, CA 95746 |
| Telephone: (954) 241-4244 | Telephone: (888) 557-5115 |
| E-mail: *joseph@pustizzilaw.com* | Facsimile: (866) 212-8434 |
| | E-mail: *mfraser@thefraserlawfirm.net* |

**BLOOD HURST& O'REARDON, LLP**
Timothy G. Blood
Leslie E. Hurst
Jennifer L. McPherson
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619)338-1100
E-mail: *tblood@bholaw.com*
E-mail: *lhurst@bholaw.com*
E-mail: *jmacpherson@bholaw.com*

                  /s/  Douglas C. Dreier
                 Douglas C. Dreier