IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANGELA BANEGAS, individually and on
behalf of all others similarly-situated,

    Plaintiff,

v.

                                                Case No. 0:16-cv-61617-DPG

THE PROCTER & GAMBLE COMPANY,
an Ohio corporation

    Defendant.

## NOTICE OF PENDING RELATED ACTION

Defendant The Procter & Gamble Company ("P&G") pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending Related Action and gives notice that a related, earlier-filed action is currently pending in the Central District of California.

1. On June 13, 2016, Plaintiff Veronica Brenner filed a putative class action against P&G on behalf of a nationwide class, alleging that the Pampers "Natural Clean" wipes were falsely advertised because they allegedly contained synthetic ingredients. The case is captioned *Veronica Brenner v. The Procter & Gamble Company*, No. 8:16-cv-1093 (C.D. Cal.), and is currently pending before the Honorable Josephine L. Staton.

2. Local Rule 3.8 of this Court provides in relevant part that "[i]t shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures, as well as the existence of an similar actions or proceedings then pending before another court or administrative agency." S.D. Fla. L.R. 3.8.

3. The *Brenner* Action is related to the present Action. Both Actions are putative nationwide class actions brought on behalf of customers allegedly misled into thinking that the Pampers "Natural Clean" wipes contain no synthetic ingredients. Both Actions assert claims for breach of express warranty, unjust enrichment, and state consumer protection statutes.

4. Accordingly, P&G respectfully gives notice that the *Brenner* Action is a similar or related proceeding.

Dated: August 25, 2016

Respectfully submitted,

By: __/s/Douglas C. Dreier_____
Samuel A Danon (Florida Bar No. 892671)
Douglas C. Dreier (Florida Bar No. 104985)
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460
Email:  sdanon@hunton.com
Email:  ddreier@hunton.com

Ann Marie Mortimer (*pro hac vice*)
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA  90071
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020
Email:  amortimer@hunton.com

*Counsel for Defendant The Procter & Gamble Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which effected service on counsel of record for Plaintiff Angela Banegas.

**Law Office of Joseph Pustizzi, P.A.**
Joseph M. Pustizzi
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Telephone: (954) 241-4244
E-mail: *joseph@pustizzilaw.com*

**The Fraser Law Firm, P.C.**
Michael T. Fraser, Esq.
4120 Douglas Blvd, Suite 306-262
Granite Bay, CA 95746
Telephone: (888) 557-5115
Facsimile: (866) 212-8434
E-mail: *mfraser@thefraserlawfirm.net*

**BLOOD HURST& O'REARDON, LLP**
Timothy G. Blood
Leslie E. Hurst
Jennifer L. McPherson
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619)338-1100
E-mail: *tblood@bholaw.com*
E-mail: *lhurst@bholaw.com*
E-mail: *jmacpherson@bholaw.com*

                                         /s/  Douglas C. Dreier
                                                Douglas C. Dreier